**Albert Crawford, Plaintiff-Appellee, v. Arthur Brock-house, Defendant-Appellant.**

Gen. No. 10,298.

Third District.

September 12, 1960.

Costigan, Wollrab, and Yoder, of Bloomington, for appellant; Chester Thomson and John W. Biggers, of Bloomington, for appellee. Not to be published in full.